UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 24, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:15-MJ-00150-AC |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SERGIO LOPEZ SOTO, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SERGIO LOPEZ SOTO , Case No.  2:15-MJ-

00150-AC  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

          __    Release on Personal Recognizance

  ✔    Bail Posted in the Sum of $ 100,000.00

          __    Unsecured Appearance Bond

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

      ✔    (Other)        Pretrial conditions as stated on the record.

The defendant shall be released on July 27, 2015 at 9:00 to the Pretrial Services Officer

Issued at  Sacramento, CA  on  July 24, 2015  at  2:43 pm  .

By    /s/ Allison Claire/s/ Allison Claire

Allison Claire
United States Magistrate Judge

Copy 2 - Court